908

No. 1082. UNITED STATES v. MISSISSIPPI CHEMICAL CORP. ET AL. C. A. 5th Cir. Certiorari granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 5798. ARGERSINGER v. HAMLIN, SHERIFF. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 901. SHERMAN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 904. McPHERSON v. WALKER ET AL. C. A. 8th Cir. Certiorari denied.

No. 905. ANCHOR COUPLING CO., INC. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 907. CONOLON CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 908. STELLY v. BAUER DREDGING CO., INC. C. A. 5th Cir. Certiorari denied.

No. 909. SERMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 911. SALANITRO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 914. TOLLEFSEN ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.